STATE OF NEW JERSEY v. JAMES LEE ANDREWS.

November 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MC ALLISTER.

November 14, 1972. Petition for certification denied.

TOWN OF SECAUCUS v. DAMSIL, INC.

November 14, 1972. Petition for certification denied. (See 120 *N. J. Super.* 470).

STATE OF NEW JERSEY v. CURTIS GREER.

November 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL RUPERTO.

November 20, 1972. Petition for certification denied.